**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., ET AL., | |
| Plaintiffs, | 6:15-CV-00615-JRG-JDL |
| v. | Patent Case |
| AMX, LLC, | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Plaintiffs Chrimar Systems, Inc. D/B/A CMS Technology and Chrimar Holdings Company, LLC and Defendant AMX, LLC hereby move to dismiss all claims and counterclaims in the above-styled case WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorney's fees.

2

Respectfully submitted,

| | |
|---|---|
| */s/ Justin S. Cohen* | */s/ Brent A. Hawkins* |
| Richard W. Hoffmann | Brent A. Hawkins |
| hoffmann@reising.com | bhawkins@mwe.com |
| | David H. Bluestone |
| Reising Ethington PC | dbluestone@mwe.com |
| 755 West Big Beaver Road, Suite 1850 | Amol A. Parikh |
| Troy, Michigan 48084 | aparikh@mwe.com |
| 248.689.3500 | McDERMOTT WILL & EMERY LLP |
| 248.689.4071 (facsimile) | 227 West Monroe Street |
| | Chicago, IL 60606 |
| Justin S. Cohen | Tel: 312-372-2000 |
| Texas Bar No. 24078356 | Fax: 312-984-7700 |
| justin.cohen@tklaw.com | Michael E. Jones |
| Richard L. Wynne, Jr. | State Bar No. 10929400 |
| Texas Bar No. 24003214 | Email: mikejones@potterminton.com |
| richard.wynne@tklaw.com | POTTER MINTON, P.C. |
| | 110 North College, Suite 500 |
| Thompson & Knight LLP | Tyler, Texas 75702 |
| 1722 Routh Street, Suite 1500 | Telephone: (903) 597-8311 |
| Dallas, Texas 75201 | Facsimile: (903) 593-0846 |
| 214.969.1700 | |
| 214.969.1751 (facsimile) | ATTORNEYS FOR DEFENDANT AMX, LLC |

ATTORNEYS FOR PLAINTIFFS CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGY AND CHRIMAR HOLDINGS COMPANY, LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 25th day of August, 2015 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

 */s/ Justin S. Cohen*
 Justin S. Cohen