**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> AMX, LLC, <br><br> Defendant. | 6:15-CV-00615-JRG-JDL <br><br> Patent Case |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having considered the Parties' Joint Motion To Dismiss, is of the opinion that the motion should be, and hereby is, GRANTED. It is hereby ORDERED that all claims and counterclaims asserted in this suit are hereby dismissed WITHOUT PREJUDICE, and all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 27th day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE